1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SUSAN A. REYNOLDS,

                  Plaintiff,

vs.

WELLS FARGO BANK, N.A.; UNITED TITLE
OF NEVADA; NATIONAL DEFAULT
SERVICING CORPORATION; WELLS
FARGO BANK, N.A. FKA WELLS FARGO
HOME MORTGAGE INC., F/K/A NORWEST
MORTGAGE, INC.; JULIE A. BUTLER; AND
DOES 1 through 25 CORPORATIONS; DOES
and ROES 1 through 25 Individuals,
Partnerships, or anyone claiming interest to the
property described in the action,

                  Defendants.

Case No.:  3:11-cv-00657-LRH-WGC

**ORDER EXPUNGING LIS PENDENS**

On January 17, 2012 this Court issued an order [Dkt. 16] granting defendant Wells Fargo

Bank, N.A.'s (**Wells Fargo**) motion to dismiss for failure to state a claim and expunge lis pendens

[Dkt. 9].

Wells Fargo requests that the lis pendens, Document No. 0115207 in the real property

records maintained by the Storey County Recorder, recorded by plaintiff Susan A. Reynolds on or

about June 15, 2011 against the subject property be canceled and expunged.  A copy of the lis

pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

1

Upon consideration of Wells Fargo's request to cancel the above-referenced lis pendens, and good cause appearing therefore, the Court grants Wells Fargo its requested relief and orders:

1.      The above-referenced lis pendens, Document No. 0115207 in the real property records maintained by the Storey County Recorder, is canceled, released, and expunged.

2.      This Order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3.      Wells Fargo shall record a properly certified copy of this Cancellation Order in the real property records of Storey County, Nevada within a fourteen (14) days from the date of this Order.

APPROVED:

DATED this 30th day of January, 2012.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2

# Exhibit A

# Exhibit A

**DOC # 0115207**
06/15/2011        12:36 PM
**Official Record**
Recording requested By
RICK LAWTON'S LAW OFFICE
**Storey County - NV**
**Jen Chapman - Recorder**
Fee: $16.00        Page 1   of 3
RPTT:
Book-      Page-        Recorded By: RO

0115207

( for Recorder's use only )

APN# 003-012-06

**Recording Requested by:**
Name: ~~Rick Lawton's Law Office~~
Address: ~~1460 Hwy 95A, North, Ste 1~~
City/State/Zip: ~~Fernley, NV 89408~~

**When Recorded Mail to:**
Name: _____
Address: _____ Same _____
City/State/Zip: _____

**Mail Tax Statement to:**
Name: _____
Address: _____
City/State/Zip: _____

## NOTICE OF LIS PENDENS
### ( Title of Document )

### Please complete Affirmation Statement below:

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law:_____ (State specific law)

_____          _____
Signature                                         Title

*Rick Lawton*
_____
Printed Name

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.        (Additional recording fee applies)

0115207   Book:
Page:   1   Page: 2 of 3

06/15/2011

FILED

2011 JUN 15  PM 12: 20

STOREY COUNTY CLERK

BY_____
       DEPUTY

☐ COPY

Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A, North #1
Fernley, NV 89408
775 867 5599
775 867 2559 [fax]
Attorney for Plaintiff

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF STOREY

| | |
|---|---|
| SUSAN A. REYNOLDS,<br><br>*Plaintiff*<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; UNITED TITLE OF NEVADA; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, N.A. FKA WELLS FARGO HOME MORTGAGE INC., F/K/A NORWEST MORTGAGE, INC.; JULIE A. BUTLER; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>*Defendants.* | Case No. *11RP000031E*<br><br>Dept. No. *1* |

**NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that an action has been commenced

**TO QUIET TITLE**  in the above-entitled Court by the above-named Plaintiffs against the

above-named Defendants to quiet the title for the premises and real estate in the

Complaint in said action, and hereinafter described, and to determine all and every claim,

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

1

0115207    Book :
           Page :    2      Page : 3 of 3    06/15/2011

Rick Lawton's Law Office

estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Washoe, State of Nevada, and is more particularly described as follows:

Property address: **21320 DELTA, RENO, NEVADA, 89521.**

Legal description: **LOT 5, BLOCK B, AS SHOWN ON THE MAP OF VIRGINIA CITY HIGHLANDS, UNIT NO. 1, FILED IN THE OFFICE OF THE STOREY COUNTY RECORDER, ON APRIL 13, 1972, FILE NO. 35070.**

**EXCEPTING THEREFROM 25% OF LANDOWNER'S ROYALTY INTEREST IN AND TO ALL MINERALS, OIL, GAS, AND OTHER HYDROCARBONS AS RESERVED IN DEED FROM LAKE TAHOE RECREATIONAL LAND COMPANY, INC., A NEVADA CORPORATION, RECORDED OCTOBER 8, 1971, IN BOOK 67 OF DEED RECORDS, AT PAGE 39, UNDER FILE NO. 34634.**

APN: **003-012-06**

**AFFIRMATION**
**Pursuant to NRS 239B.030, I hereby certify that the foregoing document does not contain the social security number of any person.**

Respectfully submitted this _13th_ day of June, 2011.

LAW OFFICE RICK LAWTON P.C.

BY _____
        RICK LAWTON, ESQ.
        State Bar # 00694
        1460 Hwy 95A, North. Ste. 1
        Fernley, Nevada 89408
        (775) 575-2208

**CERTIFIED COPY**
The document to which this certificate is
is attached is a full, true, and correct copy of the original on
file and of record in this office.
Date _____6-15-11_____
Storey County Clerk and Ex-Officio Clerk of the First
Judicial District of the State of Nevada,
in and for Storey County
By_____, Deputy

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

2