# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN A. REYNOLDS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; UNITED TITLE OF NEVADA; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, N.A. FKA WELLS FARGO HOME MORTGAGE INC., F/K/A NORWEST MORTGAGE, INC.; JULIE A. BUTLER; AND DOES 1 through 25 CORPORATIONS; DOES and ROES 1 through 25 Individuals, Partnerships, or anyone claiming interest to the property described in the action,<br><br>　　　　　　　Defendants. | Case No.: 3:11-cv-00657-LRH-WGC<br><br>**ORDER EXPUNGING LIS PENDENS** |

On January 17, 2012 this Court issued an order [Dkt. 16] granting defendant Wells Fargo Bank, N.A.'s (**Wells Fargo**) motion to dismiss for failure to state a claim and expunge lis pendens [Dkt. 9].

Wells Fargo requests that the lis pendens, Document No. 0115207 in the real property records maintained by the Storey County Recorder, recorded by plaintiff Susan A. Reynolds on or about June 15, 2011 against the subject property be canceled and expunged. A copy of the lis pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

1

Upon consideration of Wells Fargo's request to cancel the above-referenced lis pendens, and good cause appearing therefore, the Court grants Wells Fargo its requested relief and orders:

1. The above-referenced lis pendens, Document No. 0115207 in the real property records maintained by the Storey County Recorder, is canceled, released, and expunged.

2. This Order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3. Wells Fargo shall record a properly certified copy of this Cancellation Order in the real property records of Storey County, Nevada within a fourteen (14) days from the date of this Order.

APPROVED:

DATED this 30th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

# Exhibit A

# Exhibit A

*** THIS IS AN UNOFFICIAL COPY ***

```
DOC # 0115207
06/15/2011          12:36 PM
Official Record
Recording requested By
RICK LAWTON'S LAW OFFICE
Storey County - NV
Jen Chapman - Recorder
Fee: $16.00      Page 1    of 3
RPTT:            Recorded By: RO
Book-    Page-

0115207
```

APN# 003-012-06

**Recording Requested by:**
Name: ~~Rick Lawton's Law Office~~
Address: ~~1460 Hwy 95A, North, Ste 1~~
City/State/Zip: ~~Fernley, NV 89408~~

**When Recorded Mail to:**
Name: _____
Address: _____SAMO_____
City/State/Zip: _____

(for Recorder's use only)

**Mail Tax Statement to:**
Name: _____
Address: _____
City/State/Zip: _____

NOTICE OF LIS PENDENS

**( Title of Document )**

**Please complete Affirmation Statement below:**

☒ ~~I the undersigned hereby~~ affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law:_____
(State specific law)

Signature: _[signed]_        Title: _____

Printed Name: Rick Lawton

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.     (Additional recording fee applies)

*** THIS IS AN UNOFFICIAL COPY ***

0115207  Book Page: 1   06/15/2011  Page: 2 of 3

Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A, North #1
Fernley, NV  89408
775 867 5599
775 867 2559 [fax]
Attorney for Plaintiff

COPY

FILED
2011 JUN 15 PM 12: 20
STOREY COUNTY CLERK
BY_____
DEPUTY

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF STOREY

| | |
|---|---|
| SUSAN A. REYNOLDS,<br><br>*Plaintiff*<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; UNITED TITLE OF NEVADA; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, N.A. FKA WELLS FARGO HOME MORTGAGE INC., F/K/A NORWEST MORTGAGE, INC.; JULIE A. BUTLER; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>*Defendants.* | Case No. 11RP00003 1E<br><br>Dept. No. 1 |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiffs against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim,

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Washoe, State of Nevada, and is more particularly described as follows:

<u>Property address</u>: **21320 DELTA, RENO, NEVADA, 89521.**

<u>Legal description</u>: **LOT 5, BLOCK B, AS SHOWN ON THE MAP OF VIRGINIA CITY HIGHLANDS, UNIT NO. 1, FILED IN THE OFFICE OF THE STOREY COUNTY RECORDER, ON APRIL 13, 1972, FILE NO. 35070.**

**EXCEPTING THEREFROM 25% OF LANDOWNER'S ROYALTY INTEREST IN AND TO ALL MINERALS, OIL, GAS, AND OTHER HYDROCARBONS AS RESERVED IN DEED FROM LAKE TAHOE RECREATIONAL LAND COMPANY, INC., A NEVADA CORPORATION, RECORDED OCTOBER 8, 1971, IN BOOK 67 OF DEED RECORDS, AT PAGE 39, UNDER FILE NO. 34634.**

<u>APN</u>: **003-012-06**

## AFFIRMATION

Pursuant to NRS 239B.030, I hereby certify that the foregoing document does not contain the social security number of any person.

Respectfully submitted this _13th_ day of June, 2011.

LAW OFFICE RICK LAWTON P.C.

BY _____
RICK LAWTON, ESQ.
State Bar # 00694
1460 Hwy 95A, North. Ste. 1
Fernley, Nevada 89408
(775) 575-2208

**CERTIFIED COPY**
The document to which this certificate is attached is a full, true, and correct copy of the original on file and of record in this office.
Date _6·15·11_
Storey County Clerk and Ex-Officio Clerk of the First Judicial District of the State of Nevada, in and for Storey County
By _____, Deputy

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

2